NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**NETLIST, INC.,**
*Plaintiff-Appellant*

**v.**

**DIABLO TECHNOLOGIES, INC.,**
*Defendant-Appellee*

———————————

2016-1011

———————————

Appeal from the United States District Court for the Northern District of California in No. 4:13-cv-05962-YGR, Judge Yvonne Gonzalez Rogers.

———————————

**JUDGMENT**

———————————

STANLEY JOSEPH PANIKOWSKI, III, DLA Piper LLP (US), San Diego, CA, argued for plaintiff-appellant. Also represented by SEAN C. CUNNINGHAM.

FABIO E. MARINO, McDermott, Will & Emery LLP, Menlo Park, CA, argued for defendant-appellee. Also represented by NITIN GAMBHIR; NATALIE A. BENNETT, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, LINN, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


July 11, 2016                     /s/ Peter R. Marksteiner
      Date                          Peter R. Marksteiner
                                    Clerk of Court